IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| *In re:* | CHAPTER 7 CASE NO.: 18-53040 |
| GRANT W. FRITZ, | JUDGE: ALAN M. KOSCHIK |
| Debtor. | **NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS** |

The undersigned hereby gives notice that the 341 Meeting of Creditors will take place:

March 11, 2019, at 11:00 a.m.
John F. Seiberling U.S. Courthouse
Suite B3-61
2 South Main Street
Akron, Ohio 44308

                                          Respectfully submitted,

                                          /s/ Rebecca J. Sremack
                                          Rebecca J. Sremack #0092313
                                          Sremack Law Firm LLC
                                          2745 South Arlington Road
                                          Akron, Ohio 44312
                                          Phone: 330.644.0061
                                          Fax: 330.644.7241
                                          info@sremacklaw.com
                                          *Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2019, a copy of the foregoing *Notice of Rescheduled 341 Meeting of Creditors* was filed electronically via this Court's ECF system and served upon all parties indicated on the electronic filing receipt, including:

    The Chapter 7 Trustee (Marc Gertz)
    The U.S. Trustee

It was also sent this same day by regular mail to the creditors listed on the following list of creditors.

                                            /s/ Rebecca J. Sremack
                                            Rebecca J. Sremack #0092313
                                            *Counsel for Debtor*

| Label Matrix for local noticing<br>0647-5<br>Case 18-53040-amk<br>Northern District of Ohio<br>Akron<br>Sat Feb 16 12:40:55 EST 2019 | 455 John F. Seiberling Federal Building<br>US Courthouse<br>2 South Main Street<br>Akron, OH 44308-1848 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
|---|---|---|
| Capital One Bank USA NA<br>ATTN: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | Chase Slate Visa<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Chase/Bank One Card Serv<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Direct Loan Svc System<br>PO Box 5609<br>Greenville, TX 75403-5609 | FedLoan Servicing<br>PO Box 60610<br>Harrisburg, PA 17106-0610 |
| Goodyear/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | PNC Bank<br>2401 International PO Box 7859<br>Madison, WI 53707-7859 | PNC Bank<br>PO Box 3180<br>Pittsburgh, PA 15230-3180 |
| PNC Bank NA<br>PO Box 8800<br>Dayton, OH 45401-8800 | Wells Fargo Bank NA<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Grant W. Fritz<br>1517 Second Street<br>Lakemore, OH 44250-9509 |
| Marc P. Gertz<br>Day Ketterer<br>11 S Forge Street<br>Akron, OH 44304-1336 | Rebecca J. Sremack<br>Sremack Law Firm<br>2745 S. Arlington Road<br>Akron, OH 44312-4713 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO box 982238
El Paso, TX 79998-2235

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC Bank, National Association

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17